

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

August 10, 2021

Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:  United States v. Robert Pope
          21 Mag. 7826

Dear Judge Davison:

    The defendant in the above-referenced Complaint was arrested this morning in Westchester, New York. Accordingly, the Government requests that the Complaint be unsealed.

                                        Respectfully,

                                        AUDREY STRAUSS
So Ordered.                           United States Attorney

                                    By: _____
                                        Marcia S. Cohen
                                        Assistant U.S. Attorney
                                        (914) 993-1902

8/10/21